**GUCOVSCHI LAW FIRM, PLLC.**
Adrian Gucovschi (State Bar No. 360988)
Nathaniel Haim Sari (State Bar No. 362634)
140 Broadway, 46th Floor
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com
nathaniel@gucovschilaw.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jglatt@bursor.com

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHAN DELGADO,<br>Plaintiff,<br>v.<br>HEARTLAND CONSUMER PRODUCTS LLC,<br>Defendant. | Case No.: 2:26-cv-3430-DJC-AC<br><br>**ORDER TO CONTINUE DEFEDANT'S DEADLINE TO RESPOND TO COMPLAINT** |

## ORDER

Having carefully reviewed the Joint Stipulation and Proposed Order to Continue Defendant's Deadline to Respond to Plaintiff's Complaint, and finding good cause for the same, it is hereby ORDERED that Defendant's deadline to respond to Plaintiff's Complaint is continued to November 30, 2026.

**IT IS SO ORDERED.**

Dated: November 17, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE